IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA TRANSFORMA TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SPRINT SPECTRUM L.P., VIRGIN MOBILE USA L.P. and NEXTEL OPERATIONS, INC., | ) ) ) ) |
| Defendants. | ) |

C.A. No. 14-612 (RGA)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David E. Finkelson of MCGUIREWOODS LLP, One James Center, 901 East Cary Street, Richmond, VA 23219, and Patrick A. Darno of MCGUIREWOODS LLP, 1750 Tysons Boulevard, Suite 1800, Tysons Corner, VA 22102, to represent defendants Sprint Spectrum L.P., Virgin Mobile USA L.P. and Nextel Operations, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
mdellinger@mnat.com
   *Attorneys for Defendants*

June 12, 2014

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David E. Finkelson and Patrick A. Darno is granted.

Dated: _____      _____
                                                                                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, the District of Columbia, and the State of Utah, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  June 12, 2014

*/s/ David E. Finkelson*
David E. Finkelson
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000
dfinkelson@mcguirewoods.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  June 12, 2014

*/s/ Patrick A. Darno*
Patrick A. Darno
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons Corner, VA 22102
(703) 712-5000
pdarno@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 12, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Timothy Devlin<br>DEVLIN LAW FIRM LLC<br>1220 N. Market Street, Suite 850<br>Wilmington, DE  19801<br>tdevlin@devlinlawfirm.com | *VIA ELECTRONIC MAIL* |
| Jonathan Baker<br>FARNEY DANIELS PC<br>411 Borel Avenue, Suite 350<br>San Mateo, California 94402<br>jbaker@farneydaniels.com | *VIA ELECTRONIC MAIL* |
| Lois Mermelstein<br>FARNEY DANIELS PC<br>800 S. Austin Avenue, Suite 200<br>Georgetown, Texas 78626<br>lmermelstein@farneydaniels.com | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)