IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO TRANSFORMA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-612-RGA |
| SPRINT SPECTRUM L.P., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| NOVO TRANSFORMA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-613-RGA |
| T-MOBILE US INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| NOVO TRANSFORMA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-614-RGA |
| TRACFONE WIRELESS INC., | : | |
| Defendant. | : | |

| | |
|---|---|
| NOVO TRANSFORMA TECHNOLOGIES LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-615-RGA |
| UNITED STATES CELLULAR CORPORATION, | : |
| Defendant. | : |

| | |
|---|---|
| NOVO TRANSFORMA TECHNOLOGIES LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-616-RGA |
| CELLCO PARTNERSHIP, | : |
| Defendant. | : |

## **JUDGMENT**

For reasons set forth in the Court's Memorandum Opinion and Order dated September 2, 2015 (D.I. 62 and 63 in C.A. 14-612-RGA, D.I. 60 and 61 in C.A. 14-613-RGA, D.I. 59 and 60 in C.A. 14-614-RGA, D.I. 63 and 64 in C.A. 14-615-RGA, and D.I. 57 and 58 in C.A. 14-615-RGA);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Sprint Spectrum L.P., Virgin Mobile USA L.P., Nextel Operations Inc., T-Mobile

US, Inc., Tracfone Wireless, Inc., United States Cellular Corporation, and Cellco Partnership d/b/a Verizon Wireless, and against Plaintiff Novo Transforma Technologies LLC.

                                                    /s/ Richard G. Andrews
                                                    United States District Judge

Dated: 9-2-2015

                                                    /s/ Nicole M. Selmyer
                                                    (By) Deputy Clerk